BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for David Arias Mendoza

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No.  1:14-CR-00154 LJO |
| ) | |
| ) | STIPULATION REGARDING |
| Plaintiff, ) | CONTINUANCE OF SENTENCING AND |
| ) | ORDER |
| v. ) | |
| ) | |
| DAVID ARIAS MENDOZA, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

Defendant by and through his counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1. By this stipulation, the parties now move to continue the sentencing date from September 26, 2016 at 8:30 a.m. to October 17, 2016 at 10:00 a.m.

2. The parties agree and stipulate, and request that the Court grant the continuance due to the fact that more information regarding sentencing must be obtained.

 IT IS SO STIPULATED:

//

//

//

-2-

DATED:        September 19, 2016

                                        Respectfully submitted,

                                        s/s Barbara Hope O'Neill            .
                                        BARBARA HOPE O'NEILL,
                                        Attorney for David Arias Mendoza


DATED:        September 19, 2016        s/s Kimberly A. Sanchez            .
                                        Kimberly A. Sanchez
                                        Assistant United States Attorney


IT IS SO ORDERED.

   Dated:   **September 19, 2016**              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE